Lewis M. MEEK, Petitioner,

v.

STATE of CALIFORNIA, Respondent.

Misc. No. 424.

United States Court of Appeals, Ninth Circuit.

March 21, 1955.

Lewis M. Meek in pro. per.

No appearance for respondent.

Before DENMAN, Chief Judge, and BONE and POPE, Circuit Judges.

PER CURIAM.

Applicant asks this court to issue a writ of habeas corpus. This court is without jurisdiction and the application is dismissed. 28 U.S.C. § 2241.